

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Herbert M. Adams IV )
[Enter above the full name of )
the plaintiff in this action] )
 )
v. )   Docket no.
 )
Aroostook County Correctional Facility )
& sheriffs dept, et.al., med-pro medical )
et.al. Roland Oldfield, Katahdin Valley Health Ctr, )
 nurse practitioner )
[Enter above the full name of Robert Thomson )
the defendant(s) in this action] )

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [X]   No [ ]  HMA

   B.  If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)  Herbert M. Adams IV

         Defendant(s)  Aroostook County Sheriff Shawn Gilman-et.al
         Jail Administrator Craig Clossey, medpro et al
         Katahdin Valley Health Ctr. ET.AL

      2. Court [If federal court, name the district; if state court, name the county]
         District of Maine/Bangor

      3. Docket number  _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] Still pending,

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome Covid 19, hospital hold on courts And Individuals Response,

II. Place of present confinement Washington County Jail, 83 Court St., Machias ME 04654

A. Is there a prisoner grievance procedure in this institution?
Yes [X]    No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [X]    No [ ]

C. If your answer is "Yes"

1. What steps did you take? I have filed several grievance with the Aroostook County Correctional Facility, Sheriff's dept. And the medical dept through the facility, as well as D.O.C. In Augusta

2. What was the result? Absolutely's was that I questioned the facility's Response Commander Craig Clossey, Throwing legal mail into the Garbage Addressed to Individual Inmates & myself from the courts Such as 202 Harlow St, Bgr maine, legal mail being pushed from one court to another with different time stamps on the paperwork When I haven't filed anything with the Local Courts.

III. Parties
[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff Herbert M Adams IV

Address 83 Court St, Machias, ME 04654.

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant Nurse Practioner-Katahdin Valley Health Ctr, et.al

Position Correctional Facility's nurse practioner, et.al

Address Bingfield, Houlton, ME (N.P. Robert Lamonia, et.al.

C. Additional Defendant(s) C/O Ronald Oldfield - Formedpro medical - et al,
(Aroostook County Correctional Facility) now this the list in short form
15 Broadway st.) Aroostook County sheriff - Shawn Gilman - et al
Houlton, me) Jail Administrator - Craig Clossy - et al
See Attachment 3)D - Defendants.

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Diagnostic, Therapeutic, Procedure, undergrows negligence, Completely negligence on prior medical negligence, of complete fascial structure of hospital, complete negligence of medical on Jurus of Back/Knee medications, Complete medical negligence on occuring and Reoccuring migranes/neck pain Bottom Read of Skull/neck, Jail officals mental/Physcial Abuse. (Please-Attachment IV, statement of Claim.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Jury Trial, and (medical) damages, money damage's

Herbert M. Adams IV
Signature of Plaintiff

Signed this 28 day of February, 2022

I declare under penalty of perjury that the foregoing is true and correct.

28. February 2022
Date

Herbert M. Adams IV
Signature of Plaintiff

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 28, 2022

Signature of Plaintiff    Herbert M. Adams IV
Printed Name of Plaintiff  Herbert M. Adams IV

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

29