(2)

Civil Rights Act, 42 U.S.C. §§ 1983
With Jurisdication Under 28 U.S.C. §§ 1343

Docket #

United states District Courts
District of maine

Herbert m. Adams IV — notice of LawSuit
Plaintiff
V
Aroostook County Sheriff's, et, AL
Houlton Correctional Facility, Et, AL
Katahdin Valley Health services, Et, AL
med-pro medical Services. Et, AL

Honorable Justice

Now, comes before you, and through yourselve and the Civil Court's, under Federal Jurisdication, That the plaintiff, Herbert m. Adams IV ask the Courts Permission to move foreward with the Civil lawsuit aganist the defendant's listed above.

The lawsuit will consistance of the Facts of Statement of Claim, on Attachment IV, And the fact of Additional Defendants listed on, Attachment 3D. Have Been Employee's through, Aroostook County Sheriff's Dept, OR Houlton Correctional Facility. Et, AL, Contracted through the Bid process. To be Amended.

Sincerely
Herbert m. Adams IV
Herbert m. Adams IV

Civil Rights Act, 42 U.S.C. §§ 1983 with Jurisdiction under 28 U.S.C. §§ 1343

United States District Court
District of Maine

See: This Attachment 3.D - Additional Defendants.
From 3)c. Attachment #1 - Aroostook County Sheriff Dept - Shawn Gilman, Et, Al.

2) Aroostook Correctional Facility Jail - Administrator, (Graig Clossey) Et, Al

3) Katahdin Valley Health Services, Et, Al "Nurse practitioner - Robert Lamoni, Et, Al.
Two jail nurse's contracted with Above medical unit, Katahdin Valley Health Services, on Bangor Rd - Houlton, Me.

4) Med-pro Medical Services - @ last known Address, 15 Broadway St, Houlton, Maine 04730

4(B) Ronald Oldfield - med pro, medical Services at the Aroostook County Correctional Facility.

4(C) And the Two R.N. nurse, that were contracted from Katahdin Valley Health Services, some have stayed on through Med-pro, Ouellette, Vanessa, And because Cmdr. Graig Clossey wanted them to stay on.

5) A - Two All Employee's whom, work through the Aroostook, OR Houlton Correctional - Facility, Et, Al.

All Above Defendant's Address's known as 15 Broadway St, Houlton, Me. 04730



Civil Right's Act, 42 U.S.C. § 1983, with Jurisdiction under 28 U.S.C. §§ 1343.

Pg 4 of 3 of 3

United States District of Courts
District of Maine.

See: This Attachment: IV Statement of Claim.

Diagnotic Therapeutic Procedure Neglect and negligence undergoes negligence on prior Correction's officer staff and on prior medical Contracted Health Services. The neglect/negligence of the prior to present Aroostook County Sheriff's dept. and Jail Administrators from prior to present, of which is Commander: Graig Clossey, & staff. Et, AL. Katahdin Valley Health Services, Contracted to provided medical services to Incarcerated Inmate's at the Houlton Correctional Facility. At with was the Nurse pracitioner - Robert Harmon, and the Two Nurse Staff, (Known as: Alice Ouellette, Vanessa, last name not known) But Both are suppose to be of Registered Nurse's And now the NEW medical Health Service Provider's ARE Known as med-pro medical services, and there Contracted Health staff - nurse pracitioner, Roland Oldfield, And Same medical nurse's known from the Above capitioned Reference, from the word of the Jail Administrator, to present. Also under maine state medical Treatment Advisory, And Also of the standards of medical policy and procedure's set under the Department of Corrections, and by the



Civil Rights Act, 42 U.S.C. §§ 1983
With Jurisdiction Under 28 U.S.C. §§ 1343.

United States District of Courts
District of Maine.

SEE: This Attachment: IV Statement of Claim, on the maine Administrative Procedural Act, and Commissioner of Corrections on standards of local municipality's and County Jail's policy and procedure's Agreeded upon By County Commissioner's And the state of maine's Commissioner, on medical treatment, and mental Health Issue's, and Individual's that may have Disability's. Constitutional Health Care.

Also the facts that neglect and negligence under Poor, and Improper medical arise's the Facts of Emotional Stress, and Reoccuring mental Distrubed Health Issue's. Trauma of physcial and mental Issue's