①

JS 44
(08/19) REV.

# Civil Cover Sheet

Attachment A,
Defendant's.

Aroostook County sheriff, Swain Gilman, et, AL.
Aroostook County/Houlton Correctional facility
Jail Administrator, Cmdr. Craig Clossey. Et, AL

Address    Katahdin Valley Health services Et, AL    (Employee)
As Known    Bangor Rd.    (Nurse practitioner)
Houlton, Maine. 04730    Robert Lamoni

Address    med-pro medical services, Et, AL,
As Known    '15 Broadway st.    (nurse Practitioner)
Houlton, maine. 04730    Roland oldfield.

Address    Alicen, Ouellette,    R.n.    They Both worked for
As Known    Vanessa (last name not known) R.n.    Katahdin Valley Health
15 Broadway st    services, And now Alleged
Houlton, Me. 04730    For med-pro (medical
services). Et, Al.