Appendix E: Sample of Certificate of Service

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

MAR 14 2022

CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

Herbert M. Adams IV
Name(s) of Plaintiff(s)

v.                                    Case No.: _____

Name(s) of Defendant(s)
Aroostook Sheriff's Dept. Et Al
Houlton Correctional Facility, Et, AL
Katahdin Valley Health Services
Med-pro medical, Et, AL

CERTIFICATE OF SERVICE

I, Herbert, representing myself, do hereby certify that on this 28 day of , 20 22 I served a copy of the foregoing on the opposing side by

[✓] mailing/hand delivering a copy thereof to (list the name and addresses of the person(s) you sent a copy to):

Aroostook County Sheriff's Dept. Et, AL — Military St, Houlton, ME
Houlton Correctional Facility (Jail Administrator) 15 Broadway St. Houlton, ME
Katahdin Valley Health Services. Et, AL • N.P. Robert Kamori
Med-pro medical Et, AL • N.P. Ronald Oldfield.
medical nurses, R.N. Aileen Ouellette — Both have worked for the
R.N. Vanessa, (last name not known) Correctional Facility listed on documents through contract, Et, AL

Signature: Herbert M. Adams        Date: February 28, 2022

36