Herbert M. Adams
83 Court St.
Machias ME
04654



USMS

Clerk of the Courts
Christa K. Berry, Clerk
United States District Court
202 Harlow St.
Bangor ME  04401