# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HERBERT M. ADAMS IV, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:22-cv-00069-GZS |
| | ) |
| AROOSTOOK COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER ADOPTING RECOMMENDED DECISION

On July 20, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision After Review of Plaintiff's Complaint (ECF No. 12). No objections have been filed. The Court has made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.

2. The Complaint is hereby **DISMISSED** for failing to state a claim upon which relief may be granted in accordance with 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1).

SO ORDERED.

                                                    /s/ George Z. Singal
                                                  United States District Judge

Dated this 15th day of August, 2022.